652

*Rutherford* and *Hayden Covington* for petitioners.

No. 316. LYNCH, RECEIVER, ET AL. *v.* JACKSON, TRUSTEE IN BANKRUPTCY, ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Leonard J. Mayberg* for petitioners. *Mr. Earl E. Moss* for respondents.

No. 317. COGGAN *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Lawrence E. Green* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Miss Helen R. Carloss* and *Mr. Harry Marselli* for respondent.

No. 319. BEAR GULCH WATER CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John U. Calkins, Jr.* for petitioner. *Assistant Solicitor General Fahy* and *Assistant Attorney General Clark* for respondent.

No. 326. MAIER *v.* CONTINENTAL OIL CO. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William H. Thompson, Perry E. O'Neal,* and *Patrick J. Smith* for petitioner. *Messrs. William H. Zwick* and *T. Morton McDonald* for respondent.